```
LNTH 0205541949              LOAN TRANSFER HISTORY            08/02/11 10:51:23

TRAN DATE  OLD/INV  NEW/INV HT NM S/R/M  ADDITIONAL TRANSFER INFORMATION
DATE PAID  EFF DATE EFF BALANCE   INV LOAN #   OLD S/F    NEW S/F   GF AFT B/B
-------------------------------------------------------------------------------
08/13/10   750/401  R25/001 1  N  MAINT   FREDDIE MAC XFER TO REO SALE DT 081310
  /  /     03/01/10 190259.03    466949847    .00375000  .00375000 +00.000000

09/13/07   011/001  750/401 1  Y  SALE    TO FHLMC
09/13/07   10/01/07 195581.46    466949847    .00250000  .00375000 +00.000000
```





Date: 8/3/2011 Time: 9:51:45 AM

WF-Drake 521