## MILESTONES for 1003707-0000000088-0 

| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Foreclosure Complete | 08/10/2010 | 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br><br>Batch | MIN Status: Foreclosure complete<br>Servicer Liq. Date: 08/06/2010<br>Quality Review: N |
| Foreclosure Status Update | 07/21/2010 | 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br><br>Batch | MIN Status: Active (Registered)<br>Foreclosure Status: Foreclosure Pending (option 2), retained on MERS<br>Quality Review: N |
| Foreclosure Status Update | 07/08/2010 | 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br><br>Batch User ID | MIN Status: Active (Registered)<br>Foreclosure Status: Foreclosure Pending (option 1), assigned to servicer<br>Quality Review: N |
| Transfer Beneficial Rights - Option 1 | 09/18/2007 | 1000106 Federal Home Loan Mortgage Corporation<br><br>Batch User ID | MIN Status: Active (Registered)<br>New Investor: 1000106 Federal Home Loan Mortgage Corporation<br>Old Investor: 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>Batch Number: 4929733<br>Transfer Date: 09/13/2007 |
| Transfer of Flow TOS/TOB Servicing Rights | 08/03/2007 | 1003707 Metcalf Bank<br><br>Mary Estrada | MIN Status: Active (Registered)<br>New Investor: 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>Old Investor: 1003707 Metcalf Bank<br>Batch Number: 4820266<br>Transfer Date: 08/02/2007 |
| Transfer of Flow TOS/TOB Servicing Rights | 08/03/2007 | 1003707 Metcalf Bank<br><br>Mary Estrada | MIN Status: Active (Registered)<br>New Servicer: 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>Old Servicer: 1003707 Metcalf Bank<br>Batch Number: 4820266<br>Sale Date: 08/02/2007<br>Transfer Date: 08/02/2007 |
| Registration | 07/26/2007 | 1003707 Metcalf Bank<br>XML | MIN Status: Active (Registered)<br>Servicer: 1003707 Metcalf Bank |




WF-Drake 502

https://www.mersonline.org/mers/mininfo/minviewmiles.jsp?aux=0BFAAE0EA43E76DA...  5/12/2011