Loan #          Borrower

Servicer # 466949847    Servicer Name DRAKE, S      03/27/2012

## Servicer Information

Family # 117679  
Market Segment 621400  
Family Name WELLS FARGO BANK, N.A.  
Svcr Loan # WELLS FARGO BANK, N.A.    Seller #  
☐ Delegated      0205541949    113837

## Loan Information

Product: ☐ LM Rpch ☐ FM Rpch ☐ FHA/VA ☐ MPP ☐ 2-4 ☐ CE ☐ ProactiveRecov ☐ Outsource ☐ Offline  
Pool Ind: ☐ Native American Method ☐ Rural/Farmer Home

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Contract | SFFR-30 | Note Rate | R | LTV Ratio | 90 |
| Note Orig | 0709130252 | Original Pur Price | 6.75 | MI % | 25 |
| Funding Date | 07/25/2007 | Maturity Date | $195,581.45 | MI Name | UNITED GUARANTY RESIDENTIAL INSURA |
| Term | 09/13/2007 | Net Yield | 08/01/2037 | MI Cert # | |
| Part % | 360 | Purpose | 6.375 | EI Score | 1483642 |
| Disaster Name: | 100 | | O/O PUR | ☐ Claim Filed | Score History |

## Property Information

| Field | Value | Field | Value |
|---|---|---|---|
| Unit Count | SF - 1 | Condition: | GOOD |
| Date Listed: | 1 | MSA Code | 3760 |
| Status | Original Default Dt | Occ.Status: | BORROWER |
| | | Date Last Payment | # Paymt Missed |

Address: 4901 BELL ST, KANSAS CITY, MO 6411200

## Delinquency Status

| DDLPI | REO | | 03/01/2010 | Current UPB | | # Times Code Prev Dlnq | 16 |
|---|---|---|---|---|---|---|---|
| Status | Begin Dt | End Dt | EDR | | 0 | | |
| | 02/01/2010 | | ☐ Early Payment Default Appraisal: | | | | |
| Fcl | 11/04/2009 | 07/07/2010 | Sched Fcl Sale | | Payoff Date | | |
| REO | 07/07/2010 | 08/09/2010 | 08/09/2010 | | | | |
| | 08/09/2010 | | ☐ Loans to Facilitate | | | | |

## Default Information

| Default Action | | | |
|---|---|---|---|
| Foreclosure Sale Scheduled | 08/09/2010 | 08/09/2010 | ☐ Previous Other Delay |
| Frcl Sale - FM-Owned | 08/09/2010 | 08/09/2010 | Reason: |
| First Legal Action | 07/20/2010 | 08/09/2010 | ☐ Previous Bankruptcy |
| Referred To Foreclosure | 07/07/2010 | 08/09/2010 | OTHER |

## Workout History:

| Date | Type | Status | Stage |
|---|---|---|---|
| | ☐ In Progress Date | ☐ Completed History Reason | |
| Type | | | |
| | ☐ Reject History | | |

PLAINTIFF'S DEPOSITION EXHIBIT    EXHIBIT 6    tabbies