

ELECTRONICALLY RECORDED
JACKSON COUNTY, MISSOURI
**07/14/2010 04:25:55 PM**
APPT    FEE: $ 27.00   3   Pages
INSTRUMENT NUMBER:
**2010E0067359**

*(Space Above reserved for Recorder of Deeds certification)*
Recording Requested by/Return to: KOZENY & McCUBBIN, L.C, 12400 Olive, Ste 555, Creve Coeur, MO 63141

**TITLE OF DOCUMENT:**    Appointment of Successor Trustee

**DATE OF DOCUMENT:**    07/12/2010

**GRANTOR(S):**    Wells Fargo Bank, National Association

**GRANTOR(S) ADDRESS:**    3476 Stateview, Fort Mill, SC 29715

**GRANTEE(S):**    KOZENY & McCUBBIN, L.C

**GRANTEE(S) ADDRESS:**    12400 Olive Blvd., Suite 555, St. Louis, MO 63141

**REFERENCE:** Document 2007E0098677

**LEGAL DESCRIPTION:**
LOT 224, WESTWOOD PARK, A SUBDIVISION IN KANSAS CITY, JACKSON COUNTY, MISSOURI, ACCORDING TO THE RECORDED PLAT THEREOF.

K&M File Name: DRASTNOR





EXHIBIT H

# CERTIFICATE



STATE OF MISSOURI    )
                     ) SS
COUNTY OF JACKSON    )

I, Robert T. Kelly, Director of Recorder of Deeds within and for the County of Jackson, in the State of Missouri, aforesaid, do hereby certify that the above is a full, true and complete copy of the instrument (i.e. numbered and/or book & page) 2010E00 67359 as the same appears on file in my office.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said office at Kansas City, Missouri, this 15 day of November, A.D. 2012.

Robert T. Kelly
Director of Recorder of Deeds
BY: _____
                    DEPUTY

===============================================

(THIS PORTION ONLY USED WHEN NOTARIZATION IS REQUIRED)

STATE OF MISSOURI    )
                     ) SS
COUNTY OF JACKSON    )

On this _____ day of _____, 2012, before me, _____, a Notary Public for the State and County above mentioned, personally appeared _____, known to me to be the party signing this document as his free act and deed, for the Department of Recorder of Deeds, in his capacity as Deputy.

_____
Notary Public

## Appointment of Successor Trustee

WHEREAS, Wells Fargo Bank, National Association as Trustee is the lawful holder of the promissory note in the amount of $195,750.00 secured by the deed of trust granted by Steve C Drake and Susan Drake, husband and wife to Mortgage Electronic Registration Systems, Inc. as a nominee for Metcalf Bank, which was dated 07/25/2007 and recorded in the records of Jackson (Independence) County, Missouri, the property being legally described commencing on the cover page of this instrument and commonly known as: 4901 Bell Street, Kansas City, MO 64112;

WHEREAS, the Deed of Trust provides that the lender shall have the power to remove the original trustee or any successor trustee and appoint in writing (acknowledged and recorded) a successor trustee, who shall succeed to the title and all of the rights and powers of the Original Trustee; and

WHEREAS, the undersigned is the owner and holder of the note described and secured by the Deed of Trust, and the payee of such debt;

NOW THEREFORE, BE IT KNOWN that the said holder, through the undersigned, its duly authorized officer, removes the Original Trustee and any other duly appointed Successor Trustee under the above-referenced Deed of Trust and hereby appoints Kozeny & McCubbin, L.C., 12400 Olive Blvd., Suite 555, St. Louis, MO 63141 as Successor Trustee under said deed of trust, with full power and authority to execute said trust as fully as if he were the named trustee therein.

IN WITNESS THEREOF, the undersigned has set his/her hand hereto this 12 day of July, 2010.

Wells Fargo Bank, National Association

By: Jerry Morgan

Its: Attorney-in-Fact

DRASTNOR

State of     Missouri     )
                          )ss
County of    St. Louis    )

On this 12 day of July, 2010, before me appeared Jerry Morgan, to me personally known, who, being by me duly sworn did say that he/she is the Attorney-in-Fact for Wells Fargo Bank, National Association Wells Fargo Bank, National Association, and that this instrument was signed on behalf of said entity by authority granted, and said he/she acknowledges said instrument to be the free act and deed of said entity.

NOTARY PUBLIC Erin Weiser

My Commission Expires:

